**No. 48090.**—Petition 6304–R of Tupman Thurlow Co., Inc. (New York).

Opinion by CLINE, J. From the record it appeared that the petitioner amended his entry in accordance with what he believed was the price suggested by the appraiser but, through some misunderstanding, failed to include the charge for insurance which the appraiser deemed to be a part of the value. It was found that the petitioner acted without intention to misrepresent the facts or to defraud the revenue of the United States. The petition was therefore granted.

**No. 48091.**—Protests 24016–K, etc., of J. L. Hammett Co. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as the plasticine the subject of Abstract 47147 the claim at 20 percent under paragraph 1558 was sustained.

**No. 48092.**—Protests 58779–K, etc., of American Express Co. et al. (Boston).

Opinion by KEEFE, J. In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as the plasticine the subject of Abstract 47147 the claim at 20 percent under paragraph 1558 was sustained.

**No. 48093.**—Protest 94696–K of Galmor Watch Co. (New York).

Opinion by KEEFE, J. From examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

BEFORE THE FIRST DIVISION, MARCH 12, 1943

**No. 48094.**—Protests 7953–K, etc., of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 47099 the claim at 45 percent under paragraph 397 was sustained.